IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2006 AUG 29 AM 9: 25
CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| MARY L. PERRIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 105-105 |
| ) | |
| JO ANNE B. BARNHART, Commissioner ) | |
| of Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's final decision is **AFFIRMED**, this civil action shall be **CLOSED**, and a final judgment shall be **ENTERED** in favor of the Commissioner.

SO ORDERED this 29th day of August, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE